### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH PIERCE, et al. | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | |
| | : | 22-cv-00183-RAL |
| | : | |
| TRAVELERS INSURANCE COMPANY, et al. | : | |
| Defendants. | : | |

### ORDER

For reasons explained in the Memorandum Opinion accompanying this Order, it is on this 31st day of March, 2023

### ORDERED

as follows:

1. The defendant's motion for summary judgment (Doc. No. 19) is **GRANTED**;

2. Judgment in favor of the defendant dismissing the complaint with prejudice is entered by a separate document.

BY THE COURT:


  s/ *Richard A. Lloret*
**RICHARD A. LLORET**
**U.S. MAGISTRATE JUDGE**